## SOUTHERN SURETY CO. et al. v. ATLAS SUPPLY CO. et al.

No. 7040—Opinion Filed Oct. 28, 1919.

Error from Superior Court, Muskogee County; Farrar L. McCain, Judge.

JOHNSON, J. By agreement of the parties, entered of record in cause of Southern Surety Company, a Corporation, et al., Plaintiffs in Error v. Atlas Supply Company et al., Defendants in Error, No. 7040 on the docket of this court, all the issues of fact and law being the same as in case No. 6435, the same were submitted and argued together, with the further agreement that whatever judgment was rendered in case No. 6435 (Lohr & Trapnell et al. v. H. W. Johns-Manville Co. et al., 77 Oklahoma) should control in this case.

It is therefore accordingly ordered that the judgment of the trial court in this cause, No. 7040, be, in all things, affirmed.

---

## STATE ex rel. COMMISSIONERS OF CREEK COUNTY v. FOSTER et al.

No. 10645—Opinion Filed Oct. 28, 1919.

(Syllabus by the Court.)

Appeal and Error—Briefs—Necessity of Filing.

Where a cause has been regularly assigned for submission and plaintiff in error fails to file brief or to offer any excuse for not doing so, it will be presumed the appeal has been abandoned and the same will be dismissed.

Error from District Court, Creek County; M. L. Bozarth, Judge.

Mandamus by the State on the relation of the Board of County Commissioners of Creek County against P. O. Foster, Clerk, and others. Judgment for defendants, and relator brings error. Dismissed.

Earl Foster, County Attorney of Creek County, for plaintiffs in error.

Ernest B. Hughes, for defendants in error.

PER CURIAM. This cause was advanced on motion of the county attorney and assigned for submission. Plaintiff in error has failed to file brief, as required by rule 7 of this court, or to offer any excuse for not doing so.

The appeal is therefore dismissed.